IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONAE BLACK, MICHELLE GLASS and DALANDRA EVANS,<br><br>Plaintiffs,<br>v.<br><br>DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., and DELAWARE NORTH COMPANIES, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:16-cv-01410-TWT<br><br>JURY TRIAL DEMANDED |

**CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a)(2), having obtained Defendants' consent, Plaintiffs respectfully requests leave to file their Amended Complaint (attached hereto as Exhibit 1). *See id.* ("a party may amend its pleading only with the opposing party's written consent or the court's leave."). Plaintiffs seek leave to file their amended Complaint in order to add another Party as a Defendant. In their Initial Disclosures, Defendants identified DNCTHS Atlanta Partners as Plaintiffs' employer for purposes of Plaintiffs' allegations of unpaid overtime wages. Counsel for the parties have conferred, and counsel for the Defendants

1

has consented to, adding DNCTHS Atlanta Partners as a Defendant to this action.

Because Defendants consent to the filing of Plaintiffs' proposed amendment, Plaintiffs respectfully requests that the Court grant their motion and permit their Amended Complaint to be treated as properly filed. For the Court's convenience, a proposed order is attached as Exhibit 2.

Dated: July 27, 2016.

|  |  |
|---|---|
|  | s/Dustin L. Crawford |
| MAYS & KERR LLC | Dustin L. Crawford |
| 235 Peachtree Street NE | Georgia Bar No. 758916 |
| North Tower \| Suite 202 |  |
| Atlanta, Georgia 30303 |  |
| Telephone: (404) 410-7998 |  |
| Facsimile: (404) 855-4066 |  |
| dustin@maysandkerr.com | Counsel for Plaintiffs |

Consented to by:

|  |  |
|---|---|
|  | s/Jeffrey L. Glaser |
| SEYFARTH SHAW LLP | Jeffrey L. Glaser |
| 1075 Peachtree Street NE | Georgia Bar No. 296454 |
| Suite 2500 |  |
| Atlanta, Ga 30309 |  |
| Telephone: (404)855-1500 |  |
| Facsimile: (404) 892-7056 |  |
|  | Counsel for Defendants |