**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MONAE BLACK, MICHELLE GLASS, and DALANDRA EVANS, <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE NORTH COMPANIES TRAVEL HOSPITALITY SERVICES, INC., and DELAWARE NORTH COMPANIES, INC., <br><br> Defendant. | Civil Action No. 1:16-cv-01410-TWT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Monae Black, Michelle Glass, and Dalandra Evans (collectively "Plaintiffs") and Defendants Delaware North Companies Travel Hospitality Services, Inc. and Delaware North Companies Inc. (collectively "Defendants") file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Plaintiffs and Defendants hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice and without costs to either party.

35273422v.1

2

DATED:  October 26, 2016

By:/s/ *Dustin L. Crawford*

    Dustin L. Crawford
    Georgia Bar No. 758916
    dustin@maysandkerr.com
    John L. Mays
    Georgia Bar No. 986574
    john@maysandkerr.com
    MAYS & KERR LLC
    235 Peachtree Street NE
    North Tower Suite 202
    Atlanta, Georgia 30303
    Telephone: (404) 410-7998
    Facsimile: (404) 855-4066
    Counsel for Plaintiffs

/s/ Jeffrey L. Glaser

    Jeffrey L. Glaser
    Georgia Bar No. 296454
    jglaser@seyfarth.com
    Arielle Eisenberg
    Georgia Bar No. 654269
    areisenberg@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056
    Counsel for Defendants

35273422v.1